UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRENCE HANTON,<br><br>                             Plaintiff,<br><br>-against-<br><br>JAY LEUNG, ANTHONY COCUZZA, and NATALIE ESCHAVEZ, of CVS Pharmacy,<br><br>                            Defendants. | 23-CV-1421 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 30, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 30, 2023
           New York, New York

                                               /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge